UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna VASHISHT-ROTA,<br><br>                       Plaintiff,<br><br>v.<br><br>HARRISBURG UNIVERSITY,<br><br>                       Defendant. | Case No.: 20-cv-0967-AGS-KSC<br><br>**ORDER GRANTING MOTION TO STRIKE (ECF 95)** |

    Defendant requests that this Court strike plaintiff's replies to its answer as "procedurally irregular." (ECF 95, at 1.) In both filings, plaintiff claims to reply, both line-by-line and by a narrative "proposed order," to defendant's answer. (*See* ECF 88 & 89.) Although a motion to strike is "disfavored," one of its purposes is to eliminate "'impertinent'" materials that "unnecessarily complicate[]" the proceedings. *See California Dep't of Toxic Substances Control v. Alco Pac., Inc.*, 217 F. Supp. 2d 1028, 1033 (C.D. Cal. 2002) (quoting Fed. R. Civ. P. 12(f)). Plaintiff claims she filed the replies because she "was not sure if she should respond to [defendant's] Answer having never seen an Answer in her cases thus far." (ECF 97.) But the Rules are crystal clear on the matter: a "reply to an answer" may only be filed "if the court orders one." Fed. R. Civ. P. 7(a)(7). The Court didn't order any such reply here, much less two. Instead, these hundreds of extra pages of material serve only to complicate an already sprawling record. Thus, defendant's motion is granted. The Clerk is directed to strike ECF 88 and 89.

Dated:  November 15, 2024

_____
Hon. Andrew G. Schopler
United States District Judge