

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna Vashisht-Rota<br><br>Plaintiff,<br>V.<br>Harrisburg University; Ottawa University<br><br>Defendant. | Civil Action No. 20-cv-00967-AGS-KSC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Under Rule 41(b) and the Court's inherent authority, the minimum appropriate sanction to address Vashisht-Rota's willful misbehavior is dismissal of her last remaining case. The Clerk is directed to close the Harrisburg matter. The pending summary-judgment motion in that case is denied as moot. The only remaining issue for the Court to rule on is the fully briefed question of the vexatious-litigant motion in the Howell Management Services case. As a result, "[n]o further filings will be entertained" or allowed in any of these four cases, except a notice of appeal. See Vashisht-Rota v. Howell Mgmt. Servs., No. 24-994, 2024 WL 2559491, at *1 (9th Cir. Apr. 23, 2024). Case Closed.

| | |
|---|---|
| Date: 11/29/24 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By: s/ A. Hazard<br><br>A. Hazard, Deputy |