# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3-20-967-AGS-KSC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: MAY 2020

Date of judgment or order you are appealing: 11/29/2020

Docket entry number of judgment or order you are appealing: 150, 151

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

APARNA VASHISHT ROTA

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 24-5684

Your mailing address (if pro se):

APARNA VASHISHT ROTA

12396 DORMOUSE ROAD

City: SAN DIEGO   State: CA   Zip Code: 92129

Prisoner Inmate or A Number (if applicable):

Signature: S/APARNA VASHISHT ROTA   Date: 11/29/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> APARNA VASHISHT ROTA

Name(s) of counsel (if any):
> 

Address: 12396 DORMOUSE ROAD, SAN DIEGO, CA 92129
Telephone number(s): 858-348-7068
Email(s): APS.ROTA@GMAIL.COM

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> HARRISBURG UNIVERSITY

Name(s) of counsel (if any):
> MR. WILLIAM IRELAND

Address: 555 SOUTH FLOWER STREET, 44TH FLOOR
Telephone number(s): 213-542-8000
Email(s): WIRELAND@HBBLAW.COM

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*