UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna VASHISHT-ROTA, <br> Plaintiff, <br> v. <br> UTAH ATTORNEY GENERAL, et al., <br> Defendants. | Case No.: 22-cv-0978-AGS-KSC <br><br> **ORDER ON ADDITIONAL EMAILS** |
| Aparna VASHISHT-ROTA, <br> Plaintiff, <br> v. <br> HARRISBURG UNIVERSITY, <br> Defendant. | Case No.: 20-cv-0967-AGS-KSC <br><br> **ORDER ON ADDITIONAL EMAILS** |
| Aparna VASHISHT-ROTA, <br> Plaintiff, <br> v. <br> OTTAWA UNIVERSITY, <br> Defendant. | Case No.: 20-cv-0959-AGS-KSC <br><br> **ORDER ON ADDITIONAL EMAILS** |
| Aparna VASHISHT-ROTA, <br> Plaintiff, <br> v. <br> HOWELL MANAGEMENT SERVICES, et al. <br> Defendants. | Case No.: 20-cv-0321-AGS-KSC <br><br> **ORDER ON ADDITIONAL EMAILS** |

Just over two weeks ago, plaintiff Dr. Aparna Vashisht-Rota had her last remaining case dismissed for "hundreds" of "willful violations" of this Court's order limiting her to contacting the Court once per day by email for the sole purpose of seeking help with filing a motion. (*See, e.g.*, ECF 150, at 5, 8 in 20-cv-0967.) Even this sanction, however, was

insufficient to cease the barrage. Yesterday, she emailed 20 times, all on various inappropriate topics. This morning has already brought six more. In total, since dismissing her final case just over two weeks ago, Vashisht-Rota has sent 102 emails, all improper.

The Court had hoped that imposing a dismissal sanction and being patient through the initial tidal wave of response emails would stem the inappropriate, time-wasting, and illegal behavior. It hasn't. To avoid referring the matter for criminal investigation of her unabated willful violations of a court order, all future emails from Dr. Vashisht-Rota will be automatically moved into the Court's junk folder. Unless the Ninth Circuit reopens one of her cases, the Court will not look at or accept any further communication from plaintiff.

Dated:  December 16, 2024

_____
Hon. Andrew G. Schopler
United States District Judge